IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

COMVEST EXPORT FINANCE CO.,
INC.,

        **Plaintiff,**

v.                //   CIVIL ACTION NO. 1:04CV37
                                 (Judge Keeley)

U.S. SMALL BUSINESS ADMINISTRATION
and the UNITED STATES

        **Defendants.**

## DISMISSAL ORDER

This Court has been advised that the matters in controversy in the above-styled civil action have been compromised and settled. Therefore, it is **ORDERED** that this civil action be **DISMISSED WITH PREJUDICE** and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

The Clerk of Court is directed to transmit copies of this Order to counsel of record.

DATED: September _____6_____, 2005.

                                                IRENE M. KEELEY
                                                UNITED STATES DISTRICT JUDGE